# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CASE NO. 4:20-CR-009 |
| NICHOLAS BRYANT MILLER | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the date of May 1, 2020. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 4th day of March, 2020.

Christopher L. Ray
United States Magistrate
Judge Southern District of
Georgia Savannah Division